# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIDGET L. STEIGERWALT** : | **CIVIL ACTION** |
| **In her Own Right and as Administratrix** : | |
| **of the Estate of Dean D. Steigerwalt** : | |
| **v.** : | **NO. 17-2241** |
| **URSULA POHL** : | |

## ORDER

**AND NOW**, this 2nd day of October, 2017, upon consideration of the defendant's motion to dismiss all allegations of recklessness and punitive damages from the Complaint, and the response thereto, it is **ORDERED** that the motion [Doc. 2] is **DENIED**.

        **BY THE COURT**:

        */s/ Jeffrey L. Schmehl*
        **JEFFREY L. SCHMEHL, J.**